UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

TONY CRAWFORD,

    *Plaintiff*,

v.

PUBLIC DEFENDERS OFFICE, *et al.*,

    *Defendants*.

Civil Action No. 1:17-cv-00045-BR-SPB

**ORDER**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter and receiving no objection from Plaintiff, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. The Court **GRANTS** Plaintiff's Motion for Leave to Proceed *in forma pauperis*;

3. The Court **DISMISSES** Plaintiff's Complaint as legally frivolous in accordance with 28 U.S.C. § 1915(e);

4. This case is **CLOSED**; and

5. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATE: April 27, 2017

*[signature]*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE